# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| YOCE WILSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LANIER COLLECTION AGENCY, )<br>)<br>Defendants. ) | Case No. CV610-076 |

## REPORT AND RECOMMENDATION

On December 9, 2010, the Court ordered plaintiff Yoce Wilson to show cause within fourteen days why her case should not be dismissed for failing to participate in the parties' mandatory Fed. R. Civ. P. 26(f) conference. (Doc. 10.) More than a month has passed and she still has not responded to the order. Having abandoned her case, it should be **DISMISSED**. S.D. Ga. LR 41.1 ("the assigned Judge may, after notice to counsel of record, sua sponte, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice" for "[w]illful disobedience or neglect of any order of Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness"); *see also Collins*

*v. Lake Helen*, L.P., 249 F. App'x 116, 120 (11th Cir. 2007) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op. of Fla.*, 864 F.2d 101, 102 (11th Cir.1989).

**SO REPORTED AND RECOMMENDED** this  20th  day of January, 2011.

/s/ JM Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA